1 | GREGORY G. ISKANDER, Bar No. 200215
CRISTINA L. PIECHOCKI, Bar No. 291860
2 | LITTLER MENDELSON, P.C.
Treat Towers
3 | 1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
4 | Telephone:    925.932.2468
Fax No.:         925.946.9809
5
6 | Attorneys for Defendant
RENT-A-CENTER, INC.
7
8 | ARLO GARCIA URIARTE (Bar No. 231764)
UN KEI WU (Bar No. 270058)
9 | LIBERATION LAW GROUP, P.C.
2760 Mission Street
10 | San Francisco, CA  94110
Telephone: 415.695.1000
11 | Fax No.: 415.695.1006
12 | Attorneys for Plaintiff
GABRIELA LATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA LATINO,<br><br>            Plaintiff,<br><br>     v.<br><br>RENT-A-CENTER, INC., and DOES 1 through 10,,<br><br>            Defendant. | Case No.  3:16-cv-00324-KAW<br>(San Francisco Superior Court Case No. CGC-15-549092)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SUBMITTING ENTIRE ACTION TO ARBITRATION AND STAYING PROCEEDINGS**<br><br>Complaint Filed:  November 20, 2015 |
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING ENTIRE ACTION
TO ARBITRATION AND STAYING PROCEEDINGS

Plaintiff GABRIELA LATINO ("Plaintiff") and RENT-A-CENTER, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 20, 2015, Plaintiff filed a Complaint against Defendant in the San Francisco Superior Court asserting claims for: (1) Discrimination, (2) Wrongful Termination, (3) Violation of CFRA, (4) Retaliation in Violation of FEHA and CFRA, (5) Failure to Pay All Hours Worked, (6) Failure to Pay Overtime, (7) Failure to Provide Rest Breaks, (8), Failure to Provide Meal Periods, (9) Waiting Time Penalties, and (10) Unfair Competition in Violation of Cal. Business and Professions Code §§ 17200 et. seq.

WHEREAS, on September 16, 2013, Plaintiff entered into a written agreement to arbitrate any and all claims arising out of Plaintiff's employment with Defendant (the "Agreement"), which Defendant contends is valid and binding with respect to Plaintiff's claims in this action. A true and correct copy of the Agreement is attached hereto as **Exhibit A**;

WHEREAS, on January 20, 2016, Defendant removed this action to the Northern District of California;

WHEREAS, Plaintiff and Defendant now agree that Plaintiff's claims should be submitted to binding arbitration, pursuant to the terms of the Agreement;

WHEREAS, the parties agree that Plaintiff's Complaint against Defendant filed on November 20, 2015 is deemed as the served Request for Arbitration;

WHEREAS, the parties agree to stay all proceedings in this case until arbitration has been completed; provided however, that this stipulation shall not be construed as a waiver of Defendant's right to seek dismissal of this case upon completion of the binding arbitration.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record, subject to an order of the Court, that:

(1) All of Plaintiff's claims in this case shall be submitted to final and binding arbitration in accordance with the Arbitration Agreement;

(2) Unless otherwise stipulated to, in writing, by the Parties, a single arbitrator will hear this case and will be selected;

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1

JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING ENTIRE ACTION
TO ARBITRATION AND STAYING PROCEEDINGS

(3)     The Parties agree to promptly meet and confer regarding the selection of a mutually agreeable arbitrator;

(4)     This action shall be stayed pursuant to 9 U.S.C. § 3 pending the completion of binding arbitration;

(5)     The Court shall retain jurisdiction to enter orders regarding the arbitrator's award as provided in 9 U.S.C. §§ 9-13; and

(6)     Any and all pending deadlines before or with this Court should be taken off calendar.

**IT IS SO STIPULATED.**

Dated: January 27, 2016

*/s/ Cristina L. Piechocki*
GREGORY G. ISKANDER
CRISTINA L. PIECHOCKI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RENT-A-CENTER, INC.

Dated: January 27, 2016

*/s/ Un Kei Wu*
ARLO GARCIA URIARTE
UN KEI WU
LIBERATION LAW GROUP, P.C.
Attorneys for Plaintiff
LIBERATION LAW GROUP, P.C.

Pursuant to Local Rule 5-1(i)(3), I, CRISTINA L. PIECHOCKI, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED:   January 27, 2016

*/s/ Cristina L. Piechocki*
CRISTINA L. PIECHOCKI
LITTLER MENDELSON P.C.
Attorneys for Defendant
RENT-A-CENTER, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2.
JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING ENTIRE ACTION
TO ARBITRATION AND STAYING PROCEEDINGS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/5/16

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE

Firmwide:138249670.3 051536.1462

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

3.

JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING ENTIRE ACTION TO ARBITRATION AND STAYING PROCEEDINGS