1  GREGORY G. ISKANDER, Bar No. 200215
   CRISTINA L. PIECHOCKI, Bar No. 291860
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
4  Telephone:  925.932.2468
   Fax No.:    925.946.9809
5
   Attorneys for Defendant
6  RENT-A-CENTER, INC.

7

8  ARLO GARCIA URIARTE (Bar No. 231764)
   UN KEI WU (Bar No. 270058)
9  LIBERATION LAW GROUP, P.C.
   2760 Mission Street
10 San Francisco, CA  94110
   Telephone: 415.695.1000
11 Fax No.: 415.695.1006

12 Attorneys for Plaintiff
   GABRIELA LATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA LATINO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RENT-A-CENTER, INC., and DOES 1 through 10,<br><br>　　　　　Defendant. | Case No.  4:16-cv-00324-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 20, 2015 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE.

Plaintiff Gabriela Latino, and Defendant Rent-A-Center, Inc., by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matter be DISMISSED WITH PREJUDICE, with each party bearing their/its own costs and fees.

**IT IS SO STIPULATED.**

Dated: August 14, 2017

*/s/ Cristina L. Piechocki*
GREGORY G. ISKANDER
CRISTINA L. PIECHOCKI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RENT-A-CENTER, INC.

Dated: August 14, 2017

*/s/ Un Kei Wu*
ARLO GARCIA URIARTE
UN KEI WU
LIBERATION LAW GROUP, P.C.
Attorneys for Plaintiff
LIBERATION LAW GROUP, P.C.

Pursuant to Local Rule 5-1(i)(3), I, CRISTINA L. PIECHOCKI, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: August 14, 2017

*/s/ Cristina L. Piechocki*
CRISTINA L. PIECHOCKI
LITTLER MENDELSON P.C.
Attorneys for Defendant
RENT-A-CENTER, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.

## **ORDER DISMISSING CASE WITH PREJUDICE.**

The parties have jointly submitted a stipulation of dismissal with prejudice to the court. Accordingly, case number 3:16-cv-00324-kaw, *Gabriela Latino v. Rent-A-Center, Inc.* is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 8/15/17

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE

Firmwide:149442101.1 051536.1462